**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6999**

GREGORY DEAN MELVIN,

              Plaintiff - Appellant,

        v.

BRAD   PERRITT,   Superintendent,   Lumberton   Correctional;
THEODORE  BANKS,  Programer/Rec  Clerk  Supervisor;  STATE  OF
NORTH CAROLINA; DEPARTMENT OF PUBLIC SAFETY,

              Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.    Louise  W.  Flanagan,
District Judge. (5:15-ct-03272-FL)

Submitted:  November 22, 2016      Decided:  November 28, 2016

Before  DIAZ  and  THACKER,  Circuit  Judges,  and  DAVIS,  Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Dean Melvin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Dean Melvin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Melvin's motion for appointment of counsel and affirm for the reasons stated by the district court. Melvin v. Perritt, No. 5:15-ct-03272-FL (E.D.N.C. June 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED